No. 724. SUBURBAN LUMBER CO. *v.* NATIONAL LABOR RELATIONS BOARD. December 15, 1941. Petition for writ

694

of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Floyd H. Bradley* for petitioner. *Solicitor General Fahy* and *Messrs. Robert B. Watts, Laurence A. Knapp* and *Morris P. Glushien* for respondent.